# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Asencio v. Iris Spa in North Castle             Docket No.: 25-726

Lead Counsel of Record (name/firm) or Pro se Party (name):
Stuart L. Melnick - Law Offices Stuart L. Melnick, LLC

Appearance for (party/designation): All Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                           Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Stuart L. Melnick, Esq.
Firm: Law Offices Stuart L. Melnick, LLC
Address: 60 East 42nd Street, Suite 4600, New York, New York 11065
Telephone: (212) 601-9274                    Fax: (212) 697-0877
Email: slmlawnyc@gmail.com and stuart@melnick-law.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *Stuart L. Melnick*
Type or Print Name: Stuart L. Melnick
    OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.